DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MANUEL DONASTORG,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2023-2750

[August 15, 2024]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Hon. Jack B. Tuter, Jr., Judge; L.T. Case No. 16-6342CF10A.

Carla Patricia Lowry of Lowry at Law, P.A., Fort Lauderdale, for appellant.

Ashley Moody, Attorney General, Tallahassee, and Richard C. Valuntas, Senior Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, GERBER and CONNER, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***